IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DARRYL FORD, ET AL | : | |
| *PLAINTIFFS* | : | |
| | : | CIVIL ACTION |
| V. | : | |
| | : | |
| | : | 14-CV-0648 |
| MERCER COUNTY, ET AL | : | |
| *DEFENDANTS* | : | |

## <u>NOTICE OF APPEARANCE</u>

*To the Clerk of Courts:*

Kindly enter the appearance of Jonathan J. James, Esquire, from the firm of James, Schwartz & Associates, P.C. as pro hac vice counsel for Plaintiff's in the above–captioned matter per Order at docketed #11, Signed by Magistrate Judge Lois H. Goodman on April 29, 2014.

Jonathan J. James, Esquire
PA Attorney Identification #: 64534
email: jjames@civilrightspa.com

James, Schwartz & Associates, P.C.
1500 Walnut Street
21st Floor
Philadelphia, PA 19102
(215) 751-9865
fax: (215) 751-0658

Date: <u>June 2, 2014</u>